**Gary Vance JENSEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 54446.

Missouri Court of Appeals,
Western District.

April 21, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

### ORDER

PER CURIAM:

Gary Vance Jensen appeals from the denial of his Rule 24.035 motion for post-conviction relief.

The judgment is affirmed. Rule 84.16(b).

**Lydia SMITH d/b/a Pete's Place, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

No. WD 54379.

Missouri Court of Appeals,
Western District.

April 21, 1998.

Gregory A. Carpenter, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Appeal from a decision of the Administrative Hearing Commission.

Affirmed. Rule 84.16(b).